IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY SAM LADD,
    Plaintiff,

vs.                         Case No.: 3:19cv4821/LAC/EMT

CLERK OF COURT RECORDS FOR CLARENCE
MITCHELL COURTHOUSE,
and BALTIMORE CITY DETENTION CENTER,
    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on January 21, 2020 (ECF No. 6). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Agreement was filed by Plaintiff.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.     The clerk of court is ordered to transfer this case to the United States

District Court for the District of Maryland and close the file.

**DONE AND ORDERED** this 24th day of February, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**